Gary S. Saunders, Esq. (SBN: 144385)
SAUNDERS LAW GROUP, LTD
1891 California Ave., Ste. 102
Corona, CA 92881
Tel. (951) 272-9114
Fax (951) 270-5250

Attorney for Plaintiff,
EDGAR GARDNER III

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GARDNER, III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC;<br>RSM&A FORECLOSURE SERVICES,<br>LLC; and DOES 1 – 10, inclusive,<br><br>Defendants | CASE NO: 2:14-cv-01583-TLN-CKD<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that Plaintiff has until April 23, 2015 to file and serve the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
Troy L. Nunley
United States District Judge