**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR GARDNER, III, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>NATIONSTAR MORTGAGE LLC;<br><br>RSM&A FORECLOSURE SERVICES,<br><br>LLC; and DOES 1 – 10, inclusive,<br><br><br>Defendants | CASE NO: 14-cv-01583<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that Plaintiff has until May 14, 2015 to file and serve the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  April 23, 2015

_____
Troy L. Nunley
United States District Judge