UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GARDNER, III, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC;<br>RSM&A FORECLOSURE SERVICES,<br>LLC; and DOES 1 – 10, inclusive,<br><br>　　　　　　Defendants | CASE NUMBER: 2:14-cv-01583-TLN-CKD<br><br>ORDER ON STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the entire action is hereby dismissed with prejudice as to Defendant Nationstar Mortgage LLC. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: June 17, 2015

_____
Troy L. Nunley
United States District Judge